**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Laura J. Marabito, SBN 232381
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481 / FAX: 916.927.3706
lmarabito@porterscott.com
Attorney for Defendants
SUTTER COUNTY SHERIFF DEPT., J. PAUL PARKER, MICHAEL GWINNUP, JAMES MIDDLETON, RAJINDER GILL and DAVID WHITEAKER

John V. Airola, SBN 155950
**AIROLA LAW OFFICE**
2399 American River Drive, #2
Sacramento, CA 95825
TEL: 916.971.3314 / FAX: 916.971.3402
john@law4injury.com
　　AND
Mark H. Harris, SBN 133578
**LAW OFFICE OF MARK H. HARRIS**
2207 J Street
Sacramento, CA 95816
TEL: 916.442.6155 / FAX: 916.444.5921
harris.law@att.net
ATTORNEYS FOR PLAINTIFF RICKY DARWIN KIRBY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DARWIN KIRBY,<br>　　　Plaintiff<br>v.<br><br>SUTTER COUNTY SHERIFF DEPT., a public entity; J. PAUL PARKER, individually and in his capacity as Sheriff of the Sutter County Sheriff Department; MICHAEL GWINNUP, individually and in his capacity as Deputy of the Sutter County Sheriff Department; JAMES MIDDLETON, individually and in his capacity as Deputy of the Sutter County Sheriff Department; RAJINDER GILL, individually and in his capacity as Deputy of the Sutter County Sheriff Department; DAVID WHITEAKER, individually and in his capacity as Sergeant of the Sutter County Sheriff Department,<br><br>　　　Defendants.<br>_____/ | Case No. 2:10-cv-00680-MCE-EFB<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed:　　　　03/21/10<br>Amended Complaint Filed:　07/10/10 |

a. **Summary of Claims**

On February 6, 2009, Plaintiff was arrested by Sutter County Sheriff's deputies after they were informed that Plaintiff violated his parole. Incident to the arrest, Plaintiff was bit by a police canine.

Plaintiff seeks the following claims for relief: 1) unreasonable seizure / excessive force in violation of 42 U.S.C. section 1983 against individually named Sheriff's Deputies Gwinnup, Middleton, Gill and Whiteacker; 2) unreasonable seizure / excessive force in violation of California Constitution, Article I, sections 1, 7, 13,15 and California Civil Code section 43 and 52.1(b) against individually named Sheriff's Deputies Gwinnup, Middleton, Gill and Whiteacker; 3) "entity liability / unconstitutional policies and practices (Monell Claim)" in violation of 42 U.S.C section 1983 against Defendant Sutter County Sheriff's Department and individually named Defendants Parker and Whiteaker; 4) batter in violation of California state law against Sutter County Sheriff's Department, Gwinnup, Middleton, Gill and Whiteaker.

Defendants Sutter County Sheriff's Department, Gwinnup, Middleton, Parker, Gill and Whiteaker have answered the First Amended Complaint.

b. **Status of Service**

Defendants Sutter County Sheriff's Department, Gwinnup, Middleton, Parker, Gill and Whiteaker were served and have answered the First Amended Complaint.

c. **Possible Joinder of Additional Parties**

None of the parties anticipate joining any additional parties.

d. **Contemplated Amendment of the Pleadings/Statutory Basis for Jurisdiction and Venue**

None of the parties contemplate amending their pleadings at this time. Jurisdiction is proper pursuant to 28 U.S.C. section 1331. Venue is proper pursuant to 28 U.S.C.

{00844588.DOC}2

Joint Status Report

section 1391 (b)(2).

e. **Anticipated Discovery**

| | |
|---|---|
| All Written Discovery | 150 days before trial |
| All Depositions | 150 days before trial |
| Medical Examination of Plaintiff | 120 days before trial |
| Expert Disclosure | 120 days before trial |

f. **Proposed Date for Filing of Non-Discovery Motions**

All non-discovery motions be filed 60 – 90 days before the trial date.

g. **Proposed Date for Final Pretrial Conference and Trial**

All parties suggest that the final pretrial conference occur 30 days prior to trial. Trial should commence on or about July 2012.

h. **Estimated Lengthy of Trial**

All parties anticipate that trial will take 3-5 days.

i. **Special Procedures**

The parties do not believe that any special procedures are required at this stage.

j. **Modification of Standard Pretrial Procedures**

The parties do not believe that standard pretrial procedures should be modified.

k. **Related Cases**

The parties are unaware of any related cases.

l. **Settlement Prospects**

The parties are ready, willing, and able to participate in good faith settlement discussions.

m. **Miscellaneous**

None.

///

///

{00844588.DOC}3

Joint Status Report

| | | |
|---|---|---|
| 1 | Dated: November 23, 2010 | Respectfully submitted, |
| 2 | | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 4 | | By /s/ Laura J. Marabito |
| 5 | | Laura J. Marabito |
| 6 Dated: November 23, 2010 | | AIROLA LAW OFFICE |
| 8 | | By /s/John V. Airola (as authorized on 11/23/10) |
| 9 | | John V. Airola |
| 10 Dated: November 23, 2010 | | LAW OFFICE OF MARK H. HARRIS |
| 12 | | By /s/ Mark H. Harris (as authorized on 11/23/10) |
| 13 | | Mark H. Harris |

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

*Kirby v. Sutter County Sheriff Dept., et al.*
U.S.D.C. - Eastern District Court
Case No: 2:10-cv-00680-MCE-EFB

# DECLARATION OF SERVICE

I am a resident of the United States and of the County, of Sacramento, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date below, I served the following:

## JOINT STATUS REPORT

on all parties in the said action as addressed below by causing a true copy thereof to be:

__x__ **placed in a sealed envelope** with postage thereon fully prepaid in the designated area for outgoing mail:

_____ **delivered by hand:**

_____ **telecopied by facsimile:**

_____ **express mailed:**

| | |
|---|---|
| John V. Airola | Mark H. Harris |
| Airola Law Office | Law Office of Mark H. Harris |
| 2399 American River Drive, #2 | 2207 J Street |
| Sacramento, CA 95825 | Sacramento, CA 95816 |
| Attorney for Plaintiff | Attorney for Plaintiff |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on November 23, 2010.

_____
Anita J. Tellmann